UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08- 475 |
| v. | : | 29 U.S.C. § 501(c) |
| DAVID DENMAN | : | |

INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges that:

1. At all times relevant to this Information:

(a) Local Branch 272 of the National Association of Letter Carriers (hereinafter "NALC") was a "labor organization" within the meaning of the provisions of Title 29, United States Code, Sections 152(5), 402(I) and 402(j). It represented and admitted to membership persons employed by the U.S. Postal Service in Sussex and Morris Counties in New Jersey.

(b) Defendant DAVID DENMAN was the President of NALC from in or about 2001 through in or about 2005. As such, he was an officer of a labor union, pursuant to Title 29, United States Code, Section 402 (q). As an officer, he was also a fiduciary and his duties and obligations were, among others: (1) to act solely in the interests of the members of the union; (2) to avoid

acting in his own personal self interest; and (3) to avoid acting on behalf of any party whose interests were adverse to the interests of the union.

2. From in or about 2001 through in or about 2005, in Sussex County, in the District of New Jersey and elsewhere, the defendant,

DAVID DENMAN,

did knowingly and willfully embezzle, steal and unlawfully convert to his own use and the use of others, money and funds of NALC, a labor organization of which he was an officer, totaling at least $20,000.

In violation of Title 29, United States Code, Section 501(c).

Christopher J. Christie
United States Attorney